Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 W. 8th Avenue, Suite 201
Anchorage, Alaska 99501
(907) 258-6016
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: ) | |
| ) | |
| CHANNEL CONSTRUCTION, INC. ) | **Case No.: 14-00103 HAR** |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**DEBTOR'S AMENDED[1] MOTION TO SELL EQUIPMENT FREE AND CLEAR OF LIENS AT AUCTION, PAY AUCTIONEER AND SENIOR SECURED DEBT, AND RESERVE BALANCE OF SALE PROCEEDS**

Debtor Channel Construction, Inc. hereby files this amended motion seeking approval to (1) sell the construction equipment described on Exhibit A hereto ("the Equipment") at an auction scheduled for December 19, 2014, to be conducted by Ritchie Bros. Auctioneers (America), Inc. ("Ritchie Brothers") in Chehalis, Washington, such sale to be free and clear of liens, with all claims and interest attaching to the sale proceeds to the same extent and in the same order of priority as in the underlying assets, (2) pay Ritchie Brothers its commission and fee on terms set forth in the *Contract to*

---

[1] The amendments consist of correction of auction date, and reducing the gross sales price from $1,037,000 to $1,007,000, thereby reducing the commission and the net sale proceeds accordingly.

PAGE 1:   DEBTOR'S AMENDED MOTION TO SELL EQUIPMENT FREE AND CLEAR OF LIENS
          H:\3233\MAIN\MOTION TO SELL EQUIPMENT.WPD

*Auction* attached hereto as Exhibit B hereto, (3) pay the creditors secured on the Equipment and identified in Exhibit A in full, and (4) reserve the balance of the sale proceeds pending further order of the Court.

## Discussion

Debtor is headquartered in Juneau and operates a multifaceted construction business in southeastern Alaska. Debtor has analyzed its current and projected contracts and business opportunities, and has identified the Equipment to be sold as surplus to its needs. Debtor believes that the advantages of generating cash in order to pay its creditors, and avoiding approximately $15,000 of monthly debt service, together with eliminating operating and maintenance costs of the Equipment, outweigh the benefits of having the Equipment available in its operations. The Equipment represents roughly a quarter of Debtor's total equipment fleet, according to the Debtor's estimates of present market value.

Debtor has determined that the most advantageous method of sale is an auction conducted by Ritchie Brothers in Chehalis, Washington. Ritchie Brothers is the world's largest auctioneer of heavy equipment and trucks, and Chehalis is one of its auction sites.

Ritchie Brothers offers several auction styles. Ritchie Brothers offers its customers the options of purchasing the customers' equipment outright, or selling the equipment on a straight commission, or a blend of these options known as a guaranteed sale. In the exercise of its business judgment, Debtor has chosen to sell its Equipment in a guaranteed sale. As spelled out in the *Contract to Auction*, Ritchie Brothers guarantees

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

PAGE 2:    DEBTOR'S AMENDED MOTION TO SELL EQUIPMENT FREE AND CLEAR OF LIENS
H:\3233\MAIN\MOTION TO SELL EQUIPMENT.WPD

Debtor that the Equipment will generate guaranteed sale proceeds of $1,007,000. Ritchie Brothers receives a 12.5% commission on that amount. Any sale price above that amount will be split 30% to Ritchie Brothers and 70% to Debtor. Other terms and conditions are set forth in the *Contract to Auction.*

The Equipment is subject to purchase money security interests. Exhibit A to this motion identifies the creditors secured on each item of equipment, and the amount owed. UCC-1 financing statements[2] showing evidence of perfection are assembled at Exhibit C to this motion.

In addition to the purchase money security interests identified in Exhibit C, First Bank holds a junior security interest in the Equipment, through a broad form UCC-1 financing statement attached hereto as Exhibit D. This broad-form security interest secures four debts, debts that are already well secured by real property: $2,770,909 and $193,936 in first position respectively on Debtor's main shop at 1725 Anka Street assessed at $4,021,502 (see Proofs of Claim No. 29 and 30), and debts of $178,389 and $141,415 in first and second position respectively on debtor's dock property at 2691 Channel Drive, assessed at $774,000 (see Proofs of Claim No. 32 and 33).[3] All of the debts are current, except for the $193,000 debt in second position on the shop; this was a loan that came due on May 15, 2014, post-petition.

---

[2]   None of the Equipment are DMV-titled motor vehicles, so a UCC-1 is the proper method to perfect a security interest in the Equipment.

[3]   All figures in this sentence are from the bank's proofs of claim. The debt amounts shown are as of the March 31, 2014 petition date, and so have been increased by interest and reduced by payments since then.

PAGE 3:         DEBTOR'S AMENDED MOTION TO SELL EQUIPMENT FREE AND CLEAR OF LIENS
                H:\3233\MAIN\MOTION TO SELL EQUIPMENT.WPD

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Apart from the liens sought to be paid, and the First Bank UCC-1, there are no other liens on the Equipment.

Debtor estimates that the proposed sale of Equipment will generate approximately $590,200 of net sale proceeds, as follows:

| | |
|---|---:|
| Equipment Sale Price | $1,007,000 |
| Commission to Ritchie Brothers | $ 125,875 |
| Estimated costs of sale (freight to Chehalis) | $ 100,000 |
| Payments to purchase money creditors (from Exhibit A) | $ 190,925 |
| ***Remaining sale proceeds*** | ***$ 590,200*** |

First Bank desires to be paid its $178,000 claim out of these proceeds. The unsecured creditors point out that the bank is already oversecured on real estate, and desire that all these funds be used towards a plan. Rather than resolve that issue now, Debtor proposes that all proceeds be held in a separate account, with all claims and interests in the proceeds attaching to the same extent and in the same order of priority as in the underlying asset sold.

Attached hereto as Exhibit E is proposed form of order.

Dated this November 14, 2014.

> LAW OFFICES OF
> CABOT CHRISTIANSON, PC
> Attorneys for Debtor
>
>
> By:   /s/ Cabot Christianson
>           Cabot Christianson

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

*Exhibits*

| | |
|---|---|
| A | Spreadsheet listing Equipment and proposed payments |
| B | Contract for Auction |
| C | UCC-1 Financing Statements (Bank of America, Claims 25 and 26, Advance Acceptance, Claim 39) |
| D | UCC-1 Financing Statement, First Bank |
| E | Proposed Order |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 14, 2014, a true and correct copy of the above document was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing and on the following by U.S. Mail:

Richie Bros. Auctioneers (America), Inc.
4000 Pine Lake Rd.
Lincoln, NE 68516.

By:    /s/ Margaret Stroble
          Margaret Stroble

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016  • Fax (907) 258-2026