JUDGE HERB ROSS (Recalled)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
605 West 4th Avenue, Room 138, Anchorage, AK 99501-2253 — (Website: www.akb.uscourts.gov)
Clerk's Office:  907-271-2655 (1-800-859-8059 In-State) — Judge's Fax:  907-271-2692

| In re | Case No. J14-00103-HAR |
|---|---|
| CHANNEL CONSTRUCTION, INC., | In Chapter 11 |
| Debtor. | MEMORANDUM EXPLAINING REDUCTION IN FEES ON FOURTH FEE APPLICATION [McGee Law Offices –  ECF No. 197] |

While reviewing the McGee Law Offices (MLO) fourth fee application (ECF No. 197), the court noticed MLO was charging 10.8 hours for Mr. McGee's time at $330 per hour for the preparation of the fee application, instead of the $180 per hour the court believes was authorized, a $150 per hour overstatement.[1]  I reviewed the revised *Legal Representation Agreement* which was attached as Exhibit H to the first fee application,[2] which does not make an exception to allow the higher rate.  Thus, the fourth fee application should be reduced by 10.8 hours x $150/hr. = *$1,620*.

The court then reviewed the second and third fee applications, and they contained similar overstatement:

|  | Filed at ECF No. | Order Approving at ECF No. | Hours Overstated | Amount at $150/hr. |
|---|---|---|---|---|
| Second Application | 136 | 142 | 13.0 hrs. | $1,950 |
| Third Application | 166 | 178 | 5.7 hrs | $855 |
|  |  |  |  | *$2,805* |

---

[1]  ECF No. 197 at page 8, showing 10.8 hours at $330/hr. on the July 11, 2015 statement.

[2]  The *Legal Representation Agreement* is Exhibit H to the first fee application.  ECF 92, pages 73-77.

MEMORANDUM EXPLAINING REDUCTION IN FEES ON
FOURTH FEE APPLICATION [McGee Law Offices –  ECF No. 197]                                                          Page 1 of 2

The total overstatement for the three fee applications is $1,620 + $2,805 = **$4,425**. The court will reduce the attorney fees on the fourth application to adjust for the overstatements it perceives on the second, third and fourth application to **$47,483** ($51,908 requested on the fourth application, minus the $4,425 total correction).

To allow MLO due process to contest this analysis, MLO will have 21 days from entry of the order approving the application to file a file an objection to the court's reduction. MLO may request a hearing if it desires one.

DATED: October 28, 2015

        /s/ Herb Ross
    HERB ROSS
    U.S. Bankruptcy Judge

Serve :
Cabot Christianson, Esq., for the debtor
Michael Mills, Esq., for the UCC
Terence McGee, Esq., special counsel for debtor
Thomas E. Buford, Asst. US Trustee for Region 18